DODD *v.* JOHNSON *et al.*

BECK, Presiding Justice. This case is controlled by the decision in *Adams* v. *Johnson,* ante, 478. *Judgment affirmed. All the Justices concur.*

No. 11235. MAY 14, 1936.

*Thomas J. Lewis* and *W. O. Slate,* for plaintiff.

*J. C. Savage, C. S. Winn,* and *Bond Almand,* for defendants.